UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 16-23297-CIV-MARTINEZ-GOODMAN

DOUG LONGHINI,
    Plaintiff,

vs.

ATLANTA RESTAURANT PARTNERS, LLC
d/b/a TGI FRIDAYS 2646,
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Case Resolution [D.E. No. 30], indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before May 22, 2017**.

2) If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3) The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4) The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of April, 2017.

                                                                               JOSE E. MARTINEZ
                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record